**Order entered November 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00191-CV

**BALTASAR D. CRUZ, Appellant**

**V.**

**JAMES VAN SICKLE, ET AL., Appellees**

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-09275

## ORDER

We **GRANT** appellant's November 21, 2013 unopposed motion for an extension of time

to file a reply brief. Appellant shall file his reply brief on or before January 9, 2014.

/s/    ELIZABETH LANG-MIERS
        JUSTICE